# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWSONIC CORPORATION,<br><br>                          Plaintiff<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.;<br>CHUNGHWA PICTURE TUBES (MALAYSIA);<br>IRICO GROUP CORPORATION; IRICO GROUP<br>ELECTRONICS CO., LTD.; IRICO DISPLAY<br>DEVICES CO., LTD.; LG ELECTRONICS, INC.;<br>LG ELECTRONICS USA, INC.; LP DISPLAYS<br>INTERNATIONAL LTD.;  PANASONIC<br>CORPORATION; PANASONIC CORPORATION<br>OF NORTH AMERICA; MT PICTURE DISPLAY<br>CO., LTD.; BEIJING MATSUSHITA COLOR<br>CRT CO., LTD.; KONINKLIJKE PHILIPS<br>ELECTRONICS N.V.; PHILIPS ELECTRONICS<br>NORTH AMERICA CORPORATION; PHILIPS<br>ELECTRONICS INDUSTRIES (TAIWAN), LTD.;<br>PHILIPS DA AMAZONIA INDUSTRIA<br>ELECTRONICA LTDA.; SAMSUNG SDI CO.,<br>LTD.; SAMSUNG SDI AMERICA, INC.;<br>SAMSUNG SDI MEXICO S.A. DE C.V.;<br>SAMSUNG SDI BRASIL LTDA.; SHENZHEN<br>SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG<br>SDI CO., LTD.; SAMSUNG SDI (MALAYSIA)<br>SDN. BHD.; SAMTEL COLOR LTD.; THAI CRT | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Case No. 3:14-cv-02510<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF VIEWSONIC<br>CORPORATION'S ADMINISTRATIVE<br>MOTION TO FILE PORTIONS OF<br>THE COMPLAINT UNDER SEAL** |

CROWELL<br>& MORING LLP<br>ATTORNEYS AT LAW

[PROPOSED] ORDER

DCACTIVE-25838126.2

| | |
|---|---|
| 1 | CO., LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TECHNICOLOR SA (f/k/a THOMSON SA); TECHNICOLOR USA, INC. (f/k/a THOMSON CONSUMER ELECTRONICS, INC.); MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.; and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC. |
| 9 | Defendants |

   Having considered ViewSonic Corporation's ("ViewSonic") administrative motion for an order permitting it to file under seal portions of its Complaint, pursuant to Civil Local Rules 7-11 and 79-5(e), and good cause appearing, the application is hereby GRANTED.

   IT IS HEREBY ORDERED THAT the redacted portions of ViewSonic's Complaint in this case shall be accepted for filing under seal and shall remain under seal, pending further order of this Court. The Clerk of Court is directed to accept ViewSonic's Complaint for filing under seal.

   IT IS FURTHER ORDERED that, to maintain effect of the seal under Civil Local Rule 79-5, the parties and their counsel shall not publicly disseminate or discuss any of the sealed portions of the Complaint or their contents absent further order of the Court.

Dated: June 10, 2014                    _____
                                        United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-                                     [~~PROPOSED~~] ORDER

DCACTIVE-25838126.2